FILED
CHARLOTTE, N. C.
JUL 15 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CHARLOTTE, N. C.
JUN 20 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR213-C |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| (1) RANDOLPH HARRIS | ) | |

THIS MATTER is before the Court on Motion of the United States to allow amendment of the caption of the indictment contained in the above captioned case to add the true name of the defendant.

In support of its Motion, the Government asserts that defendant is named in the caption of the indictment as RANDOLPH HARRIS and further assets that defendant's correct name is MATARBUS RAYNARD FEWELL.

The amendment offered by the Government is clearly ministerial and would in no way affect any substantive or procedural rights of defendant. See United States v. Morrow, 925 F.2d 779, 781 (4th Cir. 1991).

**NOW, THEREFORE, IT IS ORDERED** that the Motion of the United States to Amend the caption of the Indictment to change to name to MATARBUS RAYNARD FEWELL is hereby **GRANTED**.

The Clerk is directed to certify copies of this Order to defendant, defense counsel, U.S. Probation, U.S. Marshal Service, and the United States Attorney.

This the 15th day of July, 2005

Robert J. Conrad
ROBERT J. CONRAD
UNITED STATES DISTRICT JUDGE