IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr213

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDOLPH HARRIS AUSTIN | ) | |

**THIS MATTER** is before the Court on its own motion to determine the status of the defendant's entry of guilty plea.

On November 7, 2005, the defendant filed a plea agreement. Since that time, the Plea and Rule 11 Hearing for entry of his plea before a magistrate judge has been continued four times on the defendant's motion. (November 16, 2005; November 29, 2005; February 23, 2006; and April 19, 2006).

**IT IS, THEREFORE, ORDERED** that the parties will appear for a hearing before this Court on May 8, 2006, at 9 a.m. to inform the Court on the status of this matter.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney, and United States Marshals Service.

Signed: May 1, 2006

Robert J. Conrad, Jr.
United States District Judge