IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr213

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RANDOLPH HARRIS AUSTIN ) | |

**THIS MATTER** is before the Court on the motions of the defendant (Doc. No. 52, 53, 54) and the government (Doc. No. 57) regarding the Superseding Indictment, which the defendant alleged was not signed by the grand jury foreperson. Since the filing of those motions, the grand jury has returned a Second Superseding Indictment. (Doc. No. 73).

**IT IS, THEREFORE, ORDERED** that the above referenced motions are **DENIED** as moot. Counsel for the defendant is instructed to review the original of the new indictment on file in the Clerk's Office before alleging that it was not signed by the grand jury foreperson.[1]

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney, and United States Marshals Service.

Signed: July 29, 2006

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] The name of the grand jury foreperson is often redacted from the copy of indictments made available to the public through the Court's electronic case filing system.