IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-40
3:05-CR-213

| | |
|---|---|
| RANDOLPH HARRIS AUSTIN ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |

**THIS MATTER** is before the Court upon granting Petitioner's Motion to Vacate his sentence. (Doc. No. 37: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Randolph Harris Austin (Reg. No. 20427-058) present in Charlotte, North Carolina forthwith, but not later than May 13, 2014, at 9:30 a.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that Federal Defenders of Western North Carolina, Inc. shall designate counsel promptly to represent Petitioner for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order to Petitioner, Federal Defenders of Western North Carolina, Inc., the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 8, 2014

Robert J. Conrad, Jr.
United States District Judge