IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00213-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDOLPH HARRIS AUSTIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for a final hearing on the petition alleging he violated the terms of his supervised release. (Doc. No. 236).

This matter was previous set for a hearing on September 1, 2016, but former counsel filed a motion to continue, which the Court granted, in order to resolve the alleged supervised release violation with an anticipated new criminal case based on the same conduct. (Doc. No. 224: Motion; Doc. No. 226: Order). The defendant subsequently elected to represent himself, (Oral Order, Sept. 19, 2016), and filed the instant motion requesting a hearing on the petition to revoke his supervised release as soon as possible.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **GRANTED**, and the final hearing on the petition and addendum, (Doc. No. 216, 219), is matter set for November 28, 2016, at 9:45 a.m. in a courtroom to be designated in the Charles R. Jonas Federal Building.

The Clerk is directed to certify copies of this order to the defendant, stand-by counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 4, 2016

Robert J. Conrad, Jr.
United States District Judge