IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00213-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| RANDOLPH HARRIS AUSTIN | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion.

The defendant is scheduled for a Final Supervised Release Violation Hearing on October 17, 2017. The alleged violations include conduct at issue in Case No. 3:16-cr-277, which was scheduled for sentencing hearing on the same date. However, the Court has granted the defendant's motion to continue that hearing and finds that a continuance of the supervised release hearing is in the interest of justice and judicial economy.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 13, 2017

Robert J. Conrad, Jr.
United States District Judge